In re NICK MAVRAKIS
    **Debtor**

Case No. 1-20-41456
Reporting Period: 2/10/20 - 3/09/20

**STATEMENT OF OPERATIONS** (Income Statement)

| INCOME | CURRENT MONTH (2.10.20 - 3.09.20) |
|---|---|
| Sales | $ 10,944.58 |
| Other Income (See Attached) | $ - |
|     Total Income | $ 10,944.58 |
| **OPERATING EXPENSES** | |
| Advertising | $ - |
| Auto and Truck Expense | $ 2,026.30 |
| Bank Charges | $ - |
| Insurance Expenses | $ - |
| Meals and Entertainment | $ 34.18 |
| Office Expenses | $ - |
| Officer/Insider Compensation* | $ - |
| Parking and Tolls | $ 218.98 |
| Congestion Surcharge | $ 800.51 |
| Improvement Surcharge | $ 109.59 |
| Taxes-MTA | $ 179.02 |
| Taxes-Payroll | $ - |
| Telephone | $ 195.14 |
| Transportation | $ - |
| Violations | $ - |
| Utilities | $ 1,962.77 |
| Other Expenses (See Attached) | $ - |
|     Total Operating Expenses Before Depreciation | $ 5,526.49 |
| Depreciation/Depletion/Amortization | $ - |
|     Net Profit (Loss) Before Reorganization Items | $ 5,418.09 |
| **REORGANIZATION ITEMS** | |
| Professional Fees | $ - |
| U. S. Trustee Quarterly Fees | $ 326.59 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $ - |
| Gain (Loss) from Sale of Property | $ - |
| Other Reorganization Expenses (See Attached) | $ - |
| Total Reorganization Expenses | $ 326.59 |
| | |
|     Net Profit (Loss) | $ 5,091.50 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| Other Income | CURRENT MONTH (2.10.20 - 3.09.20) |
|---|---|
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| **Total Other Income** | $ - |

| Other Expenses | CURRENT MONTH (2.10.20 - 3.09.20) |
|---|---|

**In re** <u>NICK MAVRAKIS</u>                    **Case No.** <u>1-20-41456</u>
          Debtor                                          **Reporting Period:** <u>2/10/20 - 3/09/20</u>

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  | $            - |
| **Total Other Expenses** | $            - |

| Other Reorganization Expenses | CURRENT MONTH (2.10.20 - 3.09.20) |
|---|---|
|  | $            - |
|  | $            - |
|  | $            - |
|  | $            - |
| **Total Other Reorganization Expenses** | $            - |